UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:15-cv-1706

Name of party requesting extension: DraftKings, Inc.

Is this the first application for extension of time in this case?   ☐ Yes   ☑ No

If no, please indicate which application this represents:   ☐ Second   ☑ Third   ☐ Other _____

Date of Service of Summons: 11/04/2015

Number of days requested:   ☐ 30 days   ☐ 15 days   ☑ Other 9 days

New Deadline Date: 01/09/2016   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Elizabeth L. DeRieux
State Bar No.: 05770585
Firm Name: Capshaw DeRieux, LLP
Address: 114 E. Commerce Ave.
Gladewater, TX 75647

Phone: 903-845-5770
Fax:
Email: ederieux@capshawlaw.com

A certificate of conference does not need to be filed with this unopposed application.