# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **VIRTUAL GAMING TECHNOLOGIES, LLC,** *Plaintiff,* v. **DRAFTKINGS, INC.,** *Defendant.* | Civil Action No. 2:15-cv-1706<br><br>JURY TRIAL DEMANDED |
| **VIRTUAL GAMING TECHNOLOGIES, LLC,** *Plaintiff,* v. **MICROSOFT CORPORATION,** *Defendant.* | Civil Action No. 2:15-cv-2092<br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

Plaintiff Plaintiff Virtual Gaming Technologies, LLC ("Virtual Gaming") and Defendant Microsoft Corporation, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), move for an order DISMISSING WITH PREJUDICE all claims asserted against Microsoft Corporation in this action, with each party to bear its own costs, expenses and attorneys' fees.

Dated: February 16, 2016

Respectfully submitted,

/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux (TX Bar No. 05770585)
D. Jeffrey Rambin (TX Bar No. 00791478)
CAPSHAW DERIEUX, LLP
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone: 903-845-5770
E-mail: ederieux@capshawlaw.com
E-mail: jrambin@capshawlaw.com

OF COUNSEL:

Matt Olavi (CA SB No. 265945)
Brian J. Dunne (CA SB No. 275689)
OLAVI DUNNE LLP
816 Congress Ave., Ste. 1620
Austin, Texas 78701
Telephone: 512-717-4485
Facsimile: 512-717-4495
E-mail: molavi@olavidunne.com
E-mail: bdunne@olavidunne.com

Dorian S. Berger (CA SB No. 264424)
Daniel P. Hipskind (CA SB No. 266763)
OLAVI DUNNE LLP
1880 Century Park East, Ste. 815
Los Angeles, CA 90067
Telephone: 213-516-7900
Facsimile: 213-516-7910
E-mail: dberger@olavidunne.com
E-mail: dhipskind@olavidunne.com

*Attorneys for Virtual Gaming Technologies, LLC*

**CERTIFICATE OF CONFERENCE**

  I hereby certify that counsel for Plaintiff conferred with counsel for Microsoft Corporation, and this motion is unopposed.

                /s/ Elizabeth L. DeRieux
                Elizabeth L. DeRieux

**CERTIFICATE OF SERVICE**

  I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this February 16, 2016 with a copy of this document via the Court's CM/ECF System per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                /s/ Elizabeth L. DeRieux
                Elizabeth L. DeRieux