IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **VIRTUAL GAMING TECHNOLOGIES, LLC,**<br><br> *Plaintiff,*<br><br> v.<br><br>**DRAFTKINGS, INC.,**<br><br> *Defendant.* | **Civil Action No. 2:15-cv-1706** |
| **VIRTUAL GAMING TECHNOLOGIES, LLC,**<br><br> *Plaintiff,*<br><br> v.<br><br>**MICROSOFT CORPORATION,**<br><br> *Defendant.* | **Civil Action No. 2:15-cv-2092** |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date came for consideration the Unopposed Motion to Dismiss With Prejudice. The Court being of the opinion that same should be GRANTED, it is therefore,

ORDERED that the Unopposed Motion to Dismiss With Prejudice be and hereby is GRANTED, and that all claims asserted in this action against Microsoft Corporation are hereby dismissed with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

**SIGNED this 18th day of February, 2016.**

                                         */s/ Roy S. Payne*
                                     ROY S. PAYNE
                                  UNITED STATES MAGISTRATE JUDGE